In Matter of Conservatorship of Elmire Senesac, Incompetent.

Arthur Lambert, Executor of Estate of Elmire Senesac, Deceased, Appellant, v. Raymond T. Senesac, Claimant-Appellee.

Gen. No. 11,123.

Second District, Second Division.

April 25, 1958.

Released for publication May 12, 1958.

Wayne P. Dyer, for defendant-appellant; Eva L. Minor, for appellee. Opinion by JUSTICE SOLFISBURG. Not to be published in full.